IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-02546-WYD-BNB

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

H&E EQUIPMENT SERVICES, INC.,

    Defendant.

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Motion to Dismiss Subject to Terms of Settlement Agreement, filed June 11, 2012 [ECF No. 17]. Upon review of the motion and the file in this matter, I find that the motion should be **GRANTED**. Therefore, this case shall be **DISMISSED WITH PREJUDICE**, each party to pay its own costs and attorneys fees.

Dated:  June 12, 2012.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE